NUMBER 13-07-593-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________

 

IN RE SHIRLEY CALDERA_______________________________________________________


On Petition for Writ of Mandamus and 


Motion for Emergency Stay


_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Benavides 


Per Curiam Memorandum Opinion (1)



 Relator, Shirley Caldera, filed a petition for writ of mandamus in the above cause
on October 2, 2007. The Court, having examined and fully considered the petition for writ
of mandamus and its exhibits, is of the opinion that relator has not shown herself entitled
to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. See
Tex. R. App. P. 52.8(a).

 Furthermore, relator's motion for emergency stay filed on October 2, 2007,
is also denied.

 PER CURIAM


Memorandum Opinion delivered and filed

this 2nd day of October, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).